IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00091-EWN-KLM

DOROTHY H. KELLY,

      Plaintiff(s),

v.

WOLPOFF & ABRAMSON, LLP., a
Maryland limited liability partnership,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter comes before the Court pursuant to Plaintiff's Motion to Amend Complaint [Docket No. 36, Filed October 5, 2007] ("Motion to Amend"). Defendant filed a response [Docket No. 39], and Plaintiff filed a reply [Docket No. 41]. The Motion to Amend has now been fully briefed.

      IT IS HEREBY **ORDERED** that the Motion to Amend is **GRANTED**. Leave to amend "shall be freely given when justice so requires" pursuant to Fed. R. Civ. P. 15(a). This is a purposely liberal standard because Plaintiff "ought to be afforded an opportunity to test his claim on the merits." *Foman v. Davis*, 371 U.S. 178, 182 (1962) (holding that absent inexcusable neglect or undue prejudice, etc., leave to amend should generally be granted). Plaintiff asserts that new evidence came to light while in the settlement conference of October 4, 2007, which prompts a new theory of relief in Plaintiff's case. Following the settlement conference, Plaintiff immediately moved to amend her Complaint. While the discovery period has now expired, the Court is persuaded that justice would be served by granting the amendment, particularly given that no trial date has been set.

      IT IS FURTHER **ORDERED** that Plaintiff shall refile her Amended Complaint with the title "Amended Complaint and Jury Demand." Defendant shall respond to the Amended Complaint within ten (10) days from the date of its filing.

      IT IS FURTHER **ORDERED** that the Court, *sua sponte*, amends the Preliminary Pretrial Order entered on September 20, 2007 [Docket No. 35] to allow the parties to conduct discovery relating only to the amendment up to and including **December 31, 2007**. Either party may file a motion to amend the Preliminary Pretrial Order further on or before

**January 31, 2008**.

Dated:  November 5, 2007