IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: January 25, 2008

Civil Action No. 07–cv–00091–EWN–KLM

*Parties:*

DOROTHY H. KELLY,

    Plaintiff,

v.

WOLPOFF & ABRAMSON, L.L.P., a
Maryland limited liability partnership,

    Defendant.

*Counsel:*

Terry Wallace

John Phillips, Jr.

## COURTROOM MINUTES

**Status Conference**

**2:43 p.m.**    Court in session.

Discussion regarding pending motions.

**ORDERED: 1.**     **Parties shall brief the cross motions for summary judgment or partial summary judgment.**

**ORDERED: 2.**     **The Unopposed Motion of Defendant to Amend the Amended Pretrial Order to Set a Deadline for Dispositive Motions (#45, filed January 4, 2008) is GRANTED.**

**2:46 p.m.**    Court in recess.

Hearing concluded.

Total time in court: 00:03