IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07–cv– 00091-EWN-KLM

DOROTHY H. KELLY

     Plaintiff,

vs.

WOLPOFF & ABRAMSON, LLP.
A Maryland limited liability partnership,

     Defendant.
_____

**PLAINTIFF'S NOTICE OF ASSOCIATED CASE**
_____

     Plaintiff, under D.C.COLO.LCivR 7.5 B 2, hereby gives notice that the case of *Maresh v. Borenstein*, Case No. 07-cv-00088 WYD-BNB, now pending in this Court, may be associated with this case becuse the plaintiff in *Maresh* has raised the issue of charged-off debt extinguishment pursuant to Generally Accepted Accounting Principles. [GAAP]

     Dated April 11, 2008

                                             /s/Terry Wallace
                                             Terry Wallace
                                             P.O. Box 262
                                             Boulder, CO 80306
                                             Telephone: (303) 832-7861
                                             email: twallace23@yahoo.com

**CERTIFICATE OF SERVICE**

     The undersigned certifies that on April 11, 2008 he electronically filed a copy of the foregoing Notice with the Clerk of Court using the CM/ECF system which will electronically notify all parties of the filing.

                                             /s/Terry Wallace
                                             Terry Wallace