# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: March 26, 2009  
Time: 79 minutes

**CASE NO.   07-cv-00091-PAB-KLM**

| Parties | Counsel |
|---|---|
| **DOROTHY KELLY,** | Terry Wallace |
| Plaintiff (s), | |
| vs. | |
| **WOLPOFF & ABRAMSON, L.L.P.,** | John Phillips, |
| Defendant (s). | |

## MOTION HEARING

**9:06 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Defendant's Motion for Sanctions, Pursuant to 28 USC § 1927 (Doc #66), filed 6/25/08.**

**9:08 a.m.**     Argument by Mr. Phillips.  Questions by the Court.

Page Two
07-cv-00091-PAB-KLM
March 26, 2009

**9:23 a.m.**   Argument by Mr. Wallace.  Questions by the Court.

**9:54 a.m.**   Rebuttal argument by Mr. Phillips.

**9:57 a.m.**   Sur-Rebuttal argument by Mr. Wallace.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Sanctions, Pursuant to 28 USC § 1927 (Doc #66), filed 6/25/08 is **GRANTED.**  Defense counsel is directed to review the billing records and exclude any attorney fees, costs or expenses relating to MBNA's charge -off of the debt operated as an extinguishment of the obligation, and submit to the Court by **April 2, 2009.**  Plaintiff's counsel's response is due by **April 9, 2009.**

**10:25 a.m.**   **COURT IN RECESS**

**Total in court time:**       79 minutes

**Hearing concluded**