IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-CV-0091-EWN-KLM

DOROTHY H. KELLY,

      Plaintiff,

v.

WOLPOFF & ABRAMSON, L.L.P., a Maryland limited liability partnership,

      Defendant.

---

### ENTRY OF APPEARANCE

      Robert Goldstein and Gretchen Lipman, of the law firm of Polsinelli Shughart, P.C., hereby

enter their appearance on behalf of Defendant Wolpoff & Abramson, L.L.P.

Respectfully submitted this 3rd day of December, 2009.

*s/ Gretchen Lipman*

Robert Goldstein, #32952
Gretchen Lipman, #35054
POLSINELLI SHUGHART, P.C.
1515 Wynkoop, Suite 600
Denver, CO 80202

Ronald S. Canter, Esq.
Wolpoff & Abramson, L.L.P.
702 King Farm Blvd.
Rockville, MD  20850-5775
Phone:  (240) 386-3063
rsc@wolpofflaw.com

**Attorneys for Defendant**

2580202.01

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 3, 2009, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was e-filed and e-served via ECF as follows:

Terry Wallace, Esq.
P. O. Box 262
Boulder, CO   80306

*s/ Carol Christman*
Carol Christman

2580202.01